**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOUGLAS BROOKS, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-995 |
| | : | |
| AM RESORTS, LLC, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this __3rd__ day of ___July_____, 2013, it is **ORDERED** that:

- Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability (ECF No. 58) is **DENIED;**

- The Motion for Summary Judgment of Defendant AM Resorts, LLC (ECF no. 65) is **GRANTED in part** and **DENIED in part** as follows:

    o Defendant's motion for summary judgment is **DENIED** as to Plaintiff's claims under the Stored Communications Act and the Pennsylvania counterpart to the Stored Communications Act;

    o Defendant's motion for summary judgment is **GRANTED** as to Plaintiff's claim under the Computer Fraud and Abuse Act.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: