**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOUGLAS BROOKS, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-995 |
| | : | |
| AM RESORTS, LLC, | : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this ___3rd___ day of ___July_____, 2013, it is **ORDERED** that:

- Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability (ECF

  No. 58) is **DENIED;**

- The Motion for Summary Judgment of Defendant AM Resorts, LLC (ECF no. 65)

  is **GRANTED in part** and **DENIED in part** as follows:

  - Defendant's motion for summary judgment is **DENIED** as to

    Plaintiff's claims under the Stored Communications Act and the

    Pennsylvania counterpart to the Stored Communications Act;

  - Defendant's motion for summary judgment is **GRANTED** as to

    Plaintiff's claim under the Computer Fraud and Abuse Act.


                                                    s/Anita B. Brody

                                    _____
                                    ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

1